428 A.2d 260

Sollen S., Appellant v. Claire A.D.

 Submitted March 19, 1980. Wesley C. Allen, for appellant; Henry I. Jacobson, for appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

The order of Judge Zaleski entered September 12, 1978, denying visitation, is affirmed.